UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID CARMINE LETTIERI, | CASE NO. C24-0028-KKE |
| Plaintiff(s), | NOTICE OF CLOSED CASE |
| v. | |
| T-MOBILE, et al., | |
| Defendant(s). | |

The Court previously dismissed Plaintiff's complaint without prejudice and denied a motion for reconsideration of that dismissal order, and Plaintiff filed a notice of appeal. Dkt. Nos. 10, 13, 20. The Ninth Circuit Court of Appeals dismissed Plaintiff's appeal in 2025. Dkt. Nos. 19, 20.

On May 18, 2026, the Court received Plaintiff's second amended complaint. Dkt. No. 22. The Court hereby reminds Plaintiff that this case remains closed, but notifies him that he may file a new case if he desires.

Dated this 22nd day of May, 2026.

Kymberly K. Evanson
United States District Judge

NOTICE OF CLOSED CASE - 1